(Rev. 12/07)  **CIVIL COVER SHEET** 14.cv.6882

cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating t sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

SUSAN EBNER

**(b)** County of Residence of First Listed Plaintiff   Philadelphia, PA
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Kalikhman & Rayz, LLC 1051 County Line Road, Suite "A"
Huntingdon Valley, PA 19006 (215) 364-5030

## DEFENDANTS

MERCHANTS & MEDICAL CREDIT CORPORATION, and
DOES 1 through 10, inclusive,

County of Residence of First Listed Defendant   Flint, MI
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. §§ 1692 et seq.

Brief description of cause:
FDCPA Claim

## VII. REQUESTED IN
COMPLAINT:

☑ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☑ Yes  ☐ No

## VIII. RELATED CASE(S)
IF ANY

(See instructions):

JUDGE                                DOCKET NUMBER

DATE
12/3/14

SIGNATURE OF ATTORNEY OF RECORD

DEC - 4 2014

## FOR OFFICE USE ONLY

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE            S.T.

## UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

**14        6882**

Address of Plaintiff: c/o Kalikhman & Rayz, LLC 1051 County Line Road, Suite "A" Huntingdon Valley, PA 19006

Address of Defendant: 6324 Taylor Drive Flint, MI 48507-4685

Place of Accident, Incident or Transaction: Philadelphia County

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☐  No☒

Does this case involve multidistrict litigation possibilities?     Yes☐  No☒

*RELATED CASE, IF ANY:*

Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
    Yes☐  No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
    Yes☐  No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
    Yes☐  No☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
    Yes☐  No☐

---

**CIVIL: (Place ✔ IN ONE CATEGORY ONLY)**

**A.** *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations

7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
(Please specify) 15 U.S.C. § 1692 et seq.

**B.** *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
    6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

## ARBITRATION CERTIFICATION

*(Check Appropriate Category)*

I, Eric Rayz, Esq., counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: 12/3/14 _____     87976

Attorney-at-Law     Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

---

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DEC - 4 2014

DATE: 12/3/14 _____     87976

Attorney-at-Law     Attorney I.D.#

CIV. 609 (6/08)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

EBNER                                          :            CIVIL ACTION
                                               :
                    v.                         :
                                               :
MERCHANTS & MEDICAL CREDIT CORP., et al.       :        NO. 14    6882

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.            ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                           ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                              (x)

(f) Standard Management – Cases that do not fall into any one of the other tracks.  ( )


| 12/3/14 | | Plaintiff |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 364-5030 | (215) 364-5029 | erayz@kalraylaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

DEC – 4 2014



*$400*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

DEC 0 4 2014

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

| | |
|---|---|
| SUSAN EBNER, individually and on behalf of all others similarly situated | |
| | **Class Action Complaint** |
| **PLAINTIFF(S)** | |
| v. | Civil Action No. **14   6882** |
| MERCHANTS & MEDICAL CREDIT CORPORATION; and DOES 1 through 10, inclusive, | Jury Trial Demanded |
| **DEFENDANT(S)** | |

Plaintiff Susan Ebner ("Plaintiff") on behalf of herself individually, and on behalf of all others similarly situated, alleges as follows:

## I.    INTRODUCTION

1.    This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. § 1692 et seq.

2.    In effectuating the FDCPA, Congress sought to limit the tactics a debt collector could use.  Despite these plain truths, Defendant (defined herein) used inappropriate tactics to collect Plaintiff's debt.

3.    Upon information and belief, Defendant used these very same tactics across the country against hundreds, if not thousands, of individuals who, fall within the ambit of the protections of the FDCPA.

4.    Absent this action, Defendant's inappropriate tactics would continue unabated.

## II.    THE PARTIES

5.    Plaintiff is an adult individual citizen of the Commonwealth of Pennsylvania.

Plaintiff resides in Philadelphia County.

6.     Plaintiff is a "consumer," as that term is defined and/or contemplated within the scope of FDCPA.

7.     Defendant MERCHANTS & MEDICAL CREDIT CORPORATION (hereinafter "Defendant") is a business entity that regularly conducts business in the Eastern District of Pennsylvania, and is engaged in the business of debt collection within the Commonwealth of Pennsylvania.

8.     Indeed, on its own website, http://www.mermed.com/, Defendant asserts that it "serves the **collection needs** of nearly every type of creditor, from healthcare providers and government entities to commercial creditors, banks and retail organizations."   See http://www.mermed.com/index.php/company/servicessub, last visited on October 22, 2014 (emphasis supplied).

9.     Upon information and belief, Defendant is organized under the laws of the State of Michigan and maintains its principal place of business address at 6324 Taylor Drive Flint, MI 48507-4685.

10.    Plaintiff is unaware of the names and capacities of those defendants sued as DOES 1 through 10, but will seek leave to amend this complaint once their identities become known to Plaintiff.  Upon information and belief, Plaintiff alleges that at all relevant times each defendant, including the DOE defendants 1 through 10, was the officer, director, employee, agent, representative, alter ego, or co-conspirator of each of the other defendants, and in engaging in the conduct alleged herein was in the course and scope of and in furtherance of such relationship.

11.    Unless otherwise specified, Plaintiff will refer to all defendants collectively as

2

"Defendant" and each allegation pertains to each Defendant.

12. Defendant is a "debt collector," as that term is defined and/or contemplated within the scope of FDCPA, and operates its debt collection enterprise from the same address.

13. Defendant uses instrumentalities of interstate commerce and mail in a business, whose principal purpose is collection of debts and/or regularly collects (or attempts to collect), directly or indirectly, debts owed or due or asserted to be owed or due another.

14. At all times material hereto, Defendant acted and/or failed to act in person and/or through duly authorized agents, servants, workmen, and/or employees, acting within the scope and course of their authority and/or employment for and/or on behalf of Defendant.

### III.   JURISDICTION AND VENUE

15. This Honorable Court has jurisdiction pursuant to 15 U.S.C. § 1692k and 28 U.S.C. § 1337.

16. The Eastern District of Pennsylvania is the proper venue for this litigation, because:

    a.   Plaintiff is a resident of the Eastern District of Pennsylvania and Defendant's wrongful conduct was directed to and was undertaken within the territory of the Eastern District of Pennsylvania; and

    b.   Defendant conducts a substantial portion of its business in the Eastern District of Pennsylvania.

### IV.   STATEMENT OF CLAIMS

#### A.   BACKGROUND

17. In June of 2014, Defendant sent Plaintiff a letter, dated June 6, 2014, regarding Plaintiff's alleged debt of $908.51, referenced by Defendant's "ACCOUNT NUMBER

7153943." A true and correct copy of the letter is marked and attached hereto as Exhibit "A."

18.     The debt at issue was incurred by Plaintiff on her personal Kohl's Department Store credit card.

19.     The letter is a pre-printed form, designated by the sequence "7153943" that appears directly above Plaintiff's name in the bottom third of the document. Exhibit "A."

20.     The letter was sent in a "glassine window" envelope and the sequence "7153943" was clearly visible through this window. Exhibit "A."

21.     The letter disclosed that "ACCOUNT NUMBER 7153943" was the account number Defendant assigned to Plaintiff, which was used to identify Plaintiff in connection with Defendant's collection efforts. Exhibit "A."

22.     The sequence "7153943" constitutes personal identifying information.

23.     Defendant disclosed the sequence "7153943" on the face of the envelope Defendant used for letters sent to Plaintiff.

24.     In July of 2014, Defendant sent Plaintiff another letter, dated July 11, 2014, regarding Plaintiff's alleged debt of $908.51, referenced by Defendant's "ACCOUNT NUMBER 7249642." A true and correct copy of the letter is marked and attached hereto as Exhibit "B."

25.     The letter is a pre-printed form, designated by the sequence "7249642" that appears directly above Plaintiff's name in the bottom third of the document. Exhibit "B."

26.     The letter was sent in a "glassine window" envelope and the sequence "7249642" was clearly visible through this window. Exhibit "B."

27.     The letter disclosed that "ACCOUNT NUMBER 7249642" was the account number Defendant assigned to Plaintiff, which was used to identify Plaintiff in connection with Defendant's collection efforts. Exhibit "B."

4

28.    The sequence "7249642" constitutes personal identifying information.

29.    Defendant disclosed the sequence "7249642" on the face of the envelope Defendant used for letters sent to Plaintiff.

30.    Section 1692(f)(8) of the FDCPA specifically prohibits "[u]sing any language or symbol, other than the debt collector's address, on any envelope when communicating with a consumer."

31.    The disclosure of Plaintiff's "ACCOUNT NUMBER" on the face of the envelope violated Section 1692(f)(8).  See Douglass, et al. v. Convergent Outsourcing, 765 F.3d 299 (3rd Cir. 2014).

32.    As described herein, Defendant's actions violated the applicable provisions of the FDCPA.

33.    Defendant's conduct, as alleged herein, is (and was) deliberate, intentional, reckless, willful, and wanton.

34.    Defendant's conduct, as alleged herein, is unfair, misleading, deceptive, and unconscionable.

35.    Plaintiff and the Class he seeks to represent have been (and will continue to be) harmed due to Defendant's conduct, as set forth herein.

36.    Plaintiff and the Class he seeks to represent have suffered and will continue to suffer damages due to Defendants' conduct, as set forth herein.

## CLASS ACTION ALLEGATIONS

37.    Plaintiff brings this action on behalf of himself and a class of similarly-situated individuals pursuant to Fed.R.Civ.P. 23, defined as follows:  all natural persons in the United States who were sent a letter from Defendant with an "ACCOUNT NUMBER" visible on the

face of the envelope, during the statutory period covered by this Complaint.

38.     The number of individuals in the Class is so numerous that joinder of all members is impracticable.  The exact number of members of in the Class can be determined by reviewing Defendant's records.  Plaintiff is informed and believes and thereon alleges that there are over a hundred individuals in the defined Class.

39.     Plaintiff will fairly and adequately protect the interests of the Class, and has retained counsel that is experienced and competent in class action and employment litigation. Plaintiff has no interests that are contrary to, or in conflict with, members of the Class.

40.     A class action suit, such as the instant one, is superior to other available means for fair and efficient adjudication of this lawsuit.  The damages suffered by individual members of the Class may be relatively small when compared to the expense and burden of litigation, making it virtually impossible for members of the Class to individually seek redress for the wrongs done to them.

41.     A class action is, therefore, superior to other available methods for the fair and efficient adjudication of the controversy.  Further, absent these actions, members of the Class likely will not obtain redress of their injuries, and Defendant will retain the proceeds of their violations of the FDCPA.  In addition, Defendant is likely to continue to violate this statute.

42.     Furthermore, even if any member of the Class could afford individual litigation against Defendant, it would be unduly burdensome to the judicial system.  Concentrating this litigation in one forum will promote judicial economy and parity among the claims of individual members of the Class and provide for judicial consistency.

43.     There is a well-defined community of interest in the questions of law and fact affecting the Class as a whole.  The questions of law and fact common to the Class predominate

6

over any questions affecting solely individual members of the action.  Among the common questions of law and fact are:

      a.    Whether Defendant disclosed debtor's "ACCOUNT NUMBER" on the face of the mailing envelope;

      b.    Whether Defendant violated 15 U.S.C. § 1692f; and

      c.    Whether Plaintiff and the members of the Class have sustained damages and, if so, the proper measure of damages.

44.    Plaintiff's claims are typical of the claims of members of the Class.  Plaintiff and members of the Class have sustained damages arising out the same wrongful and uniform practices of Defendant.

45.    Plaintiff knows of no difficulty that will be encountered in the management of this litigation that would preclude its continued maintenance.

## COUNT I
## FDCPA

46.    Plaintiff hereby incorporates all facts and allegations of this document by reference, as if fully set forth at length herein.

47.    Defendant is a "debt collector" as that term is defined under the FDCPA.

48.    As described herein, the actions of the Defendant violates the applicable provisions of the FDCPA.

49.    Defendant's violations with respect to its collection efforts, include but are not limited to, using language or symbols, other than the debt collector's address, on envelopes when communicating with a consumer, in violation of 15 U.S.C. § 1692f(8).

50.    As a result of Defendant's violations of the FDCPA, Plaintiff and the members of the Class have suffered damages in an amount to be determined at trial.

7

## V.    CLAIM FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for:

      (a)    A Declaration that Defendant has violated the applicable provisions of the FDCPA;

      (b)    An Order designating this action as a class action pursuant to Fed.R.Civ.P. 23;

      (c)    An Order appointing Plaintiff and her counsel to represent the Class(es);

      (d)    An Order enjoining Defendant from any further violations of the FDCPA;

      (e)    Actual damages;

      (f)    Statutory damages;

      (g)    Attorneys' fees and costs; and

      (h)    Such other relief as the Honorable Court shall deem just and appropriate.

## VI.    DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

**(SIGNATURE ON THE NEXT PAGE)**

8

Date: <u>December 3, 2014</u>

Respectfully submitted,
**KALIKHMAN & RAYZ, LLC**

Arkady "Eric" Rayz
Demetri A. Braynin
1051 County Line Road, Suite "A"
Huntingdon Valley, PA 19006
Telephone:  (215) 364-5030
Facsimile:  (215) 364-5029
E-mail: erayz@kalraylaw.com
E-mail: dbraynin@kalraylaw.com

**CONNOLLY WELLS & GRAY, LLP**
Gerald D. Wells, III
Robert J. Gray
2200 Renaissance Blvd., Suite 308
King of Prussia, PA 19406
Telephone:  (610) 822-3700
Facsimile:  (610) 822-3800
Email: gwells@cwg-law.com
Email: rgray@cwg-law.com

Counsel for Plaintiff(s) and the Proposed
Class(es)

# EXHIBIT "A"



## Merchants & Medical
credit corporation

6324 Taylor Drive, Flint, Michigan 48507-4685
Local (810) 244-4249 Toll-Free (800) 378-0120
Hours: 8:15 a.m. - 9:00 p.m. M-TH    8:15 a.m. - 5:30 p.m. FRI    8:15
a.m. - 12:30 p.m. SAT   Eastern Standard Time

## NOTICE OF AMOUNT DUE
STATEMENT DATE:    June 6  2014
ACCOUNT NUMBER:

**AMOUNT DUE:**    $908.51

CREDITOR: CAPITAL ONE, N.A.

RE: KOHL'S DEPARTMENT STORES, INC.
*******4952

Dear SUSAN K EBNER

This account has been placed with our office for collection and calls for payment in full. Please contact us so we may assist you in this matter.

If you wish to pay by Visa or MasterCard, complete the credit card information on the reverse side of this letter, tear off and return in the enclosed envelope. If you carry any insurance that may cover this obligation, fill out the information on the reverse side and return the entire form in the enclosed envelope.

To pay your account online, go to www.mermed.net and create a new account. Your access code is 1.6640444.459.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid. If the consumer notifies the debt collector or collection agency in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector or collection agency will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector or collection agency. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Debbie Brady, Ext. 433

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

96-ONMERC01-14-1/06/10

*** Detach Lower Portion And Return With Payment ***

Y166294ED4

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

Inside Michigan        (810) 244-4249
Outside Michigan     (800) 378-0120
Business Hours - Eastern Standard Time
Mon - Thu      8:15 A.M. - 9:00 P.M.
Friday           8:15 A.M. - 5:30 P.M.
Saturday       8:15 A.M. - 12:30 P.M.

Account #:
Amount Due: $908.51

12345678-000096-01-1-AA

0008120024012697319319128290917-1YA1--Y166284ED4 96

SUSAN K EBNER



Merchants & Medical
Credit Corporation
6324 Taylor Drive
Flint MI 48507-4685



HCF

**COMPLETE SECTION BELOW IF YOU CARRY ANY INSURANCE**

| EMPLOYER | ADDRESS | TELEPHONE |
|---|---|---|

| INSURANCE OR HMO | INSURED EMPLOYEE'S NAME |
|---|---|

| GROUP OR POLICY NUMBER(S) | POLICY HOLDER'S SOCIAL SECURITY NUMBER |
|---|---|

| CLAIM MAILING ADDRESS | CERTIFICATION AUTHORIZATION NO. IF REQUIRED |
|---|---|

▼ **BLUE CROSS OR BLUE CARE ACT.**

**Blue Cross Blue Shield**

EFFECTIVE DATE OF CURRENT COVERAGE

SUBSCRIBER NAME

GROUP NO.     SERVICE CODE

CONTRACT NUMBER     BC PLAN CODE

▼ **MEDICARE**

**Health   Insurance**

SOCIAL SECURITY ACT

NAME OF BENEFICIARY

CLAIM NUMBER     SEX

IS ENTITLED TO     EFFECTIVE DATE

SIGN HERE

▼ **MEDICAID**

DEPARTMENT OF SOCIAL SERVICES
MEDICAL ASSISTANCE AUTHORIZATION

| Recipient ID No. | Eligible Person | Birth Date | CI |
|---|---|---|---|

| | Eligible Period | | | | | |
|---|---|---|---|---|---|---|
| Prog. | Co. | Dist. | Unit | Wkr. | Case Number |
| Scope of Coverage | Patient Pay Amount | Level Of Care | | | |

▼ **COMMENTS**   *(Please update current address, phone number, social security number, place of employment, spouse's name, etc.)*

▼ **FOR CREDIT CARD PAYMENTS, COMPLETE AND RETURN PORTION BELOW** ▼

# PAYMENT IN FULL REQUESTED
## MASTERCARD AND VISA ACCEPTED

If you wish to make your payment via credit card, please complete the information below and return in the enclosed envelope.

**CHECK ONE**

Account Number     Payment Amount     $     Expiration Date     /

**VERIFICATION CODE**     On Back Of Card

☐ MasterCard     Cardholder Name     Signature of Cardholder     Date

☐ VISA     Cardholder Street Address     City     State     Zip

Phone number to call for verification of information (_____) _____

# EXHIBIT "B"



**Merchants & Medical** credit corporation

6324 Taylor Drive, Flint, Michigan 48507-4685
Local (810) 244-4249 Toll-Free (800) 378-0120
Hours: 8:15 a.m. - 9:00 p.m. M-TH   8:15 a.m. - 5:30 p.m. FRI   8:15 a.m. - 12:30 p.m. SAT   Eastern Standard Time

## NOTICE OF AMOUNT DUE

STATEMENT DATE:         July 11 2014
ACCOUNT NUMBER:

**AMOUNT DUE:**     $908.51

CREDITOR: CAPITAL ONE, N.A.

RE: KOHL'S DEPARTMENT STORES, INC.
*******4952

Dear SUSAN K EBNER

This account has been placed with our office for collection and calls for payment in full.  Please contact us so we may assist you in this matter.

If you wish to pay by Visa or MasterCard, complete the credit card information on the reverse side of this letter, tear off and return in the enclosed envelope.  If you carry any insurance that may cover this obligation, fill out the information on the reverse side and return the entire form in the enclosed envelope.

To pay your account online, go to www.mermed.net and create a new account.  Your access code is 1.6640444.459.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.  If the consumer notifies the debt collector or collection agency in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector or collection agency will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector or collection agency.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Debbie Brady, Ext. 433

This is an attempt to collect a debt and any information obtained will be used for that purpose.  This communication is from a debt collector.

79-ONMERC01-14-1/06/10

*** Detach Lower Portion And Return With Payment ***

Y169E3D2E3



PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

Account #:
Amount Due: $908.51

Inside Michigan         (810) 244-4249
Outside Michigan        (800) 378-0120
Business Hours - Eastern Standard Time
Mon - Thu     8:15 A.M. - 9:00 P.M.
Friday        8:15 A.M. - 5:30 P.M.
Saturday      8:15 A.M. - 12:30 P.M.

0008120024013063453231912829091 7-7YA1-Y169E3D2E3 79

SUSAN K EBNER



Merchants & Medical
Credit Corporation
6324 Taylor Drive
Flint MI 48507-4685



HCF

*COMPLETE SECTION BELOW IF YOU CARRY ANY INSURANCE*

| EMPLOYER | ADDRESS | TELEPHONE |
|---|---|---|

| INSURANCE OR HMO | INSURED EMPLOYEE'S NAME |
|---|---|

| GROUP OR POLICY NUMBER(S) | POLICY HOLDER'S SOCIAL SECURITY NUMBER |
|---|---|

| CLAIM MAILING ADDRESS | CERTIFICATION AUTHORIZATION NO. IF REQUIRED |
|---|---|

▼ BLUE CROSS OR BLUE CARE ACT.

Blue Cross Blue Shield

EFFECTIVE DATE OF CURRENT COVERAGE

SUBSCRIBER NAME

GROUP NO.          SERVICE CODE

CONTRACT NUMBER          BC PLAN CODE

▼ MEDICARE

Health        Insurance

SOCIAL SECURITY ACT

NAME OF BENEFICIARY

CLAIM NUMBER          SEX

IS ENTITLED TO          EFFECTIVE DATE

SIGN HERE

▼ MEDICAID

DEPARTMENT OF SOCIAL SERVICES
MEDICAL ASSISTANCE AUTHORIZATION

| Recipient ID No. | Eligible Person | Birth Date | OI |
|---|---|---|---|

| Eligible Period | | | | | |
|---|---|---|---|---|---|
| Prog. | Co. | Dist. | Unit | Wkr. | Case Number |
| Scope of Coverage | Patient Pay Amount | Level Of Care | | | |

▼ COMMENTS   *(Please update current address, phone number, social security number, place of employment, spouse's name, etc.)*

▼ FOR CREDIT CARD PAYMENTS, COMPLETE AND RETURN PORTION BELOW ▼

# PAYMENT IN FULL REQUESTED
## MASTERCARD AND VISA ACCEPTED

If you wish to make your payment via credit card, please complete the information below and return in the enclosed envelope.

**CHECK ONE VERIFICATION CODE**

Account Number          Payment Amount          Expiration Date

$ ___          / 

On Back Of Card

☐ MasterCard          Cardholder Name          Signature of Cardholder          Date

☐ VISA          Cardholder Street Address          City          State          Zip

Phone number to call for verification of information ( _____ ) _____